## COOK *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 99, September Term, 1965.]

*Decided April 28, 1966.*

Before PRESCOTT, C. J., and HAMMOND, HORNEY, MARBURY and BARNES, JJ.

PER CURIAM.

The application will be denied for the reasons assigned by Judge Shure in the lower court.

*Application denied.*